**Order entered May 13, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00492-CV

### IVERY T. WILLIAMS, Appellant

### V.

### DAVID GUTIERREZ, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04233-A**

## ORDER

Before the Court is appellant's May 9, 2019 "Motion for Records". In the motion, appellant asks the Court "to review Plaintiff Rebuttle Response filed March 7, 2019 and all records that support plaintiff claims, and argument with proof of claims!" Appellant further asks that we reverse the trial court's ruling. We **DENY** the motion. Appellant shall address the merits of the appeal in the appellate brief that will be due thirty days after the clerk's record and any reporter's record are filed.

/s/    BILL WHITEHILL
        JUSTICE